UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY IRISH,<br><br>               Plaintiff,<br><br>-against-<br><br>TROPICAL EMERALD LLC AND CHAPS, INC.,<br><br>               Defendants. | Case No. 1:18-cv-00082-PKC-SJB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendants Tropical Emerald LLC and Chaps, Inc. (collectively, "Defendants") in the above-captioned action. Contact information for the undersigned counsel for the Defendants is as follows:

Eric D. Witkin
Littler Mendelson, P.C.
900 Third Avenue – 8th Floor
New York, NY 10022
212.583.9600
EWitkin@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Dated: New York, New York
       January 31, 2018

*/s/ Eric D. Witkin*
Eric D. Witkin
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
212.583.9600

*Attorneys for Defendants*