UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KELLY IRISH,                                             JUDGMENT

                 Plaintiff,
v.
                                                     18-CV-82 (PKC) (SJB)

TROPICAL EMERALD LLC, and
RAINBOW USA, INC.,

                 Defendants.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 30, 2024, granting Defendants' motion for summary judgment; and denying Plaintiff's motion to strike; it is

       ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that Plaintiff's motion to strike is denied.

Dated: Brooklyn, New York                            Brenna B. Mahoney
         April 1, 2024                                     Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                              Deputy Clerk